William A. Rodell, Respondent, v. Gertrude Rodell, Appellant.—

Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of allowing the defendant counsel fee in the amount of seventy-five dollars. All concurred.